[If you need additional space for ANY section, please attach an additional sheet and reference that section.]





UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

Milford Rogers

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

W. Parker
L. Max
B. Fleck
LT. Smith
Tom Dart

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

Case No: 18 C 5758 — Judge Sharon Johnson Coleman
(To be supplied by the <u>Clerk of this Court</u>)

CHECK ONE ONLY:     **AMENDED COMPLAINT**

✓ _____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A. Name: Milford Rogers

    B. List all aliases: _____

    C. Prisoner identification number: 20160630155-County # IDOC# Y26398

    D. Place of present confinement: Pinckneyville - PCC

    E. Address: 5835 State Route 154 Pinckneyville, IL 62274

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: W. Parker
       Title: Cook County Jail officer
       Place of Employment: Cook County Jail, 2700 S. California Ave, 60608, Chicago, IL

    B. Defendant: L. Max
       Title: Cook County Jail officer
       Place of Employment: Cook County Jail, 2700 S. California Ave, 60608, Chicago, IL

    C. Defendant: B. Fleck
       Title: Cook County Jail officer
       Place of Employment: Cook County Jail, 2700 S. California Ave, 60608, Chicago, IL

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Additional Defendants

D. Defendant: LT Smith
Title: Cook County Jail LT
Place of employment: Cook County Jail, 2700 S. California Ave, Ldes, Chicago, IL

E. Defendant: Tom Dart
Title: Director of Cook County Jail
Place of employment: Cook County Jail, 2700 S. California Ave, Ldes, Chicago, IL

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____

    D. List all defendants: _____
_____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____
_____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
_____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In Division 10, Tier 3C of the Cook County Jail on October 8, 2017 At Approximately 5:30 pm Another inmate and W. Parker a Correctional Officer began a verbal Altercation prompting Parker to reach for his Mace fearing that I was in the path of the spray I began to move to the other side of the room while defenseless I was then Punched in the left eye by L. Max and tackled from the back by B. Fleck which landed me on the ground Although I obeyed officers orders to submit to handcuffs while bein restrained I was constantley Kicked in the face and sprayed with Mace then dragged me into the hallway by my feet which Made it hard for me to breath and vomit from the effects of the spray LT. Smith then took me to the basment to a filty condemned bathroom to a sink filled with scum and dirt to decontaminate me After I protested against the bathroom The rinsing from the bathroom Made my Injury's worse, Leaving me temporarily with no vision in my reddened left eye ball I was then returned to tier 3c which Still contained fumes from the spray that prolonged my symptoms. Approximately two hours later I was treated for my Injury's giving pain Pills and eye drops I was examined daily there after I was issued

4            Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:18-cv-05758 Document #: 12 Filed: 12/06/18 Page 6 of 7 PageID #:57

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

A disciplinary ticket but was found not guilty on the charges. The Insurys to my face made it very hard for me to sleep do to the extrem pains. TOM Dart had knowledge of the entire Incident, and left them same officer in the building where I was detained and which they came on the tier the next following days bragging about they did to me and fact TOM DArt put my saftly at Risk. After knowing about the Incident in which he Officer-Staff used exssive force Caused and Inflated Pain and suffering to Me Due to this Complant I am writting about the Insurys that was caused by all officer's Inloved and the over seaer of the officers.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.   **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be compsated for my 8th Amendment bein violated Also for my pain and suffering, for my safty bein at risk, for the officer's failure to protect me. I am seeking two million dollars, and upon bein released from IDOC on June, 22, 2019 I want my parole to be terminated (IDOC) I AM asking for one million dollars in compensatory damages and one million dollars for punitive damages.

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___9___ day of __October__ , 20_18_

_____
(Signature of plaintiff or plaintiffs)

__Milford Rogers__
(Print name)

__Y26398__
(I.D. Number)

__Pinckneyville - PCC, 5835 State route 154, Pinckneyville, IL 62274__
(Address)